# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

NO. 2021 CW 1449

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

MARCH 7, 2022

---

In Re: National Union Fire Insurance Company of Pittsburgh, PA. and AIG Specialty Insurance Company applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE: HOLDRIDGE, PENZATO, AND HESTER, JJ.**

**WRIT DENIED.**

AHP
CHH

**Holdridge, J.,** concurs and would deny the writ on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT